MSG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEPHEN M. MANCINI : CIVIL ACTION

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security    NO. 09-4195

FILED
SEP 14 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

AND NOW, this 13th day of September, 2010, upon consideration of Plaintiff's Brief and Statement of Issues in Support of his Request for Review, Defendant Commissioner's Response thereto, and Plaintiff's Reply, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is hereby ORDERED that the Report and Recommendation is APPROVED and ADOPTED and JUDGMENT is entered REVERSING the final decision of the Commissioner of Social Security and REMANDING the matter to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with United States Magistrate Judge L. Felipe Restrepo's Report and Recommendation.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.